UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**Matthew O'Neill GALLAGHER**

Defendant.

'08 MJ 2238

FILED 08 JUL 23 AM 10:01

Magistrate Case No.______

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation

Title 18, U.S.C., Section 1544 Misuse of Passport

The undersigned complainant being duly sworn states:

**Count I**

On or about **July 22, 2008**, within the Southern District of California, defendant **Matthew O'Neill GALLAGHER**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Eva OROZCO-Correa, Jacinto OROZCO-Correa** and **Rosalba VERGARA-Pallares**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

**Count II**

On or about **July 22, 2008**, within the Southern District of California, defendant **O'Neill GALLAGHER**, did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting U.S. Passport number **820039516**, issued to **Lance Kenneth Roberts**, to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not **Lance Kenneth Roberts**, and that the passport was not issued or designed for his use. All in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
Customs and Border Protection

Sworn to before me and subscribed in my presence, this 23rd Day of **July, 2008.**

UNITED STATES MAGISTRATE JUDGE

Tkm

## PROBABLE CAUSE STATEMENT

The complainant states that **Eva OROZCO-Correa, Jacinto OROZCO-Correa** and **Rosalba VERGARA-Pallares**, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 22, 2008, at about 1:50 a.m., **Matthew O'Neill GALLAGHER (Defendant)** made application for admission into the United States at the San Ysidro, California Port of Entry as the driver of a 1994 Honda Accord, bearing California license plates number 4CXG523. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a United States Official Passport bearing his likeness and the name Lance Kenneth Roberts. Upon inspecting the United States Passport, the CBP Officer noticed the photograph on the Passport had been altered. The CBP Officer took two negative customs declarations from Defendant. Defendant stated he was not bringing anything from Mexico. The CBP Officer conducted an inspection of the vehicle and discovered several human beings concealed inside the trunk. The vehicle and its occupants were subsequently escorted to secondary for further inspection.

In secondary, four individuals were removed from the trunk of the vehicle. All four individuals were determined to be citizens of Mexico without legal documents to enter the United States. Three of the four undocumented aliens were retained as a material witness and are now identified as **Eva OROZCO-Correa (MW1), Jacinto OROZCO-Correa (MW2)** and **Rosalba VERGARA-Pallares (MW3).**

Defendant's United States Military Identification Card and Texas Drivers license were discovered in his possession bearing his photograph and biographical information, determining his true identity. Computer database queries revealed the victim and true owner of the United States Official Passport had reported the document stolen on August 27, 2007.

During a videotaped proceeding, Defendant was advised of his Miranda Rights and elected to submit to questioning without benefit to counsel. Defendant admitted he was aware the vehicle contained an unknown number of concealed aliens. Defendant admitted he was to receive a payment of $1,000.00 USD to smuggle undocumented aliens into the United States and deliver them to San Ysidro, California. Defendant admitted he willfully had his photograph taken, knowing that his photograph would be used in a fraudulent manner. Defendant admitted to presenting a United States Official Passport, as his own entry document, knowing full well he was not Lance Kenneth Roberts.

During separate videotaped interviews, Material Witnesses admitted they are citizens of Mexico without legal documentation to enter the United States. Material Witnesses admitted they each agreed to pay a smuggling fee ranging from $3,000.00 to 3,500.00 USD. Material Witnesses were going to different destinations in the United States to seek employment.