KRISTOPHER S. YOUNG, ESQ. (Bar No. 220013)
youngk@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MATTHEW GALLAGHER

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATTHEW GALLAGHER,<br>Defendant. | CASE NO. 08-MJ-02238-LSP<br>**SUBSTITUTION OF ATTORNEYS**<br>CASE FILED: July 23, 2008 |

TO THE HONORABLE LEO S. PAPAS, AND ALL PARTIES OF RECORD:

Defendant, MATTHEW GALLAGHER, hereby substitutes KRISTOPHER S. YOUNG, ESQ., of HIGGS, FLETCHER & MACK, 401 West "A" Street, 26th Floor, San Diego, California 92101; telephone (619) 236-1551; facsimile (619) 696-1410; e-mail youngk@higgslaw.com; as his counsel, in place and stead of : KRIS KRAUS, ESQ., of Federal Defenders of San Diego, Inc.

Henceforth, all notices, pleadings, and other documents should be served on Kristopher S. Young, Esq., Higgs, Fletcher & Mack.

Dated: July 28, 2008

Matt Gallagher
MATTHEW GALLAGHER
Defendant

I consent to this substitution.

Dated: July 29, 2008

FEDERAL DEFENDERS OF SAN DIEGO, INC.

By: ______________________
Kris Kraus, Esq.

I consent to this substitution.

Dated: July 29, 2008

HIGGS, FLETCHER & MACK

By: ______________________
Kristopher S. Young, Esq.

IT IS SO ORDERED:

Dated: ________________, 2008

______________________
The Honorable Leo S. Papas
Judge of the United States District Court

I consent to this substitution.

Dated: July ____, 2008

FEDERAL DEFENDERS OF SAN DIEGO, INC.

By: ______________________________
Kris Kraus, Esq.

I consent to this substitution.

Dated: July 29, 2008

HIGGS, FLETCHER & MACK

By: ______________________________
Kristopher S. Young, Esq.

IT IS SO ORDERED:

Dated: __________________, 2008

____________________________________
The Honorable Leo S. Papas
Judge of the United States District Court

KRISTOPHER S. YOUNG, ESQ. (Bar No. 220013)
youngk@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MATTHEW GALLAGHER

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MATTHEW GALLAGHER,<br>Defendant. | CASE NO. 08-MJ-02238-LSP<br><br>**PROOF OF SERVICE BY MAIL**<br><br>CASE FILED: July 23, 2008 |

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 30, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

SUBSTITUTION OF ATTORNEY FOR DEFENDANT
MATTHEW GALLAGHER

in a sealed envelope, postage fully paid, addressed as follows:

**Attorney for Material Witnesses: Eva Orozco-Correa, Jacinto Orozco-Correa, Rosalba Vergara-Pallares**
**Reza Keramati**
**Law Offices of Reza Keramati**
**110 West C Street, Suite 1300**
**San Diego, CA 92101-3978**
**Phone: 619-231-2529**
**Fax: 619-231-2528**
**Email: rabrera@emlslaw.com**

**Attorney for Plaintiff**
**United States of America**
**Carla Bressler, Esq.**
**United States Attorneys Office**
**880 Front Street, Room 6293**
**San Diego, CA 92101**
**Phone: 619-557-5610**
**Fax: 619-557-5917**
**Email: Efile.dkt.gc2.@usdoj.gov**

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 30, 2008, at San Diego, California.

Nancy Moklestad