KRISTOPHER S. YOUNG, ESQ. (Bar No. 220013)
youngk@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MATTHEW GALLAGHER

FILED
JUL 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MATTHEW GALLAGHER, Defendant. | CASE NO. 08-MJ-02238-LSP<br>**SUBSTITUTION OF ATTORNEYS**<br>CASE FILED: July 23, 2008 |

TO THE HONORABLE LEO S. PAPAS, AND ALL PARTIES OF RECORD:

Defendant, MATTHEW GALLAGHER, hereby substitutes KRISTOPHER S. YOUNG, ESQ., of HIGGS, FLETCHER & MACK, 401 West "A" Street, 26th Floor, San Diego, California 92101; telephone (619) 236-1551; facsimile (619) 696-1410; e-mail youngk@higgslaw.com; as his counsel, in place and stead of: KRIS KRAUS, ESQ., of Federal Defenders of San Diego, Inc.

Henceforth, all notices, pleadings, and other documents should be served on Kristopher S. Young, Esq., Higgs, Fletcher & Mack.

Dated: July 28, 2008

MATTHEW GALLAGHER
Defendant

I consent to this substitution.

Dated: July 29, 2008

FEDERAL DEFENDERS OF SAN DIEGO, INC.

By: ______________________
Kris Kraus, Esq.

I consent to this substitution.

Dated: July 29, 2008

HIGGS, FLETCHER & MACK

By: ______________________
Kristopher S. Young, Esq.

IT IS SO ORDERED:

Dated: 7/29, 2008

______________________
The Honorable Leo S. Papas
Judge of the United States District Court



Received 07-29-08 10:32am From-6196872666 To-HF&M PY8971389 Page 002