FILED
AUG 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MATTHEW O'NEILL GALLAGHER, Defendant. | Criminal Case No. 08CR2616-BEN<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |

The United States Attorney charges:

**Count 1**

On or about July 22, 2008, within the Southern District of California, defendant MATTHEW O'NEILL GALLAGHER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Eva Orozco-Correa, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

//

TKM:es:San Diego
8/1/08

**Count 2**

On or about July 22, 2008, within the Southern District of California, defendant MATTHEW O'NEILL GALLAGHER, did willfully and knowingly use passport number 820039516, issued under the authority of the United States, to Lance Kenneth Roberts, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544.

DATED: August 7, 2008.

KAREN P. HEWITT
United States Attorney

TARA K. McGRATH
Assistant U.S. Attorney