AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MATTHEW O'NEILL GALLAGHER

**WAIVER OF INDICTMENT**

08CR2616-BEN

CASE NUMBER: 08MJ2238

I, MATTHEW O'NEILL GALLAGHER, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

Title 18, U.S.C., Sec. 1544 - Misuse of a Passport (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on August 7, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Defense Counsel

Before ______________________
Judicial Officer

FILED
AUG 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY